# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Antonio Maurice Craig,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:11-cv-221-GCM
(3:06-cr-88)

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2011 Order.

Signed: June 27, 2011

Frank G. Johns, Clerk
United States District Court